In the Matter of RALPH MIELE, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

In the Matter of JULIUS LANDY et al., Respondents, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued March 5, 1953; decided April 16, 1953.

*Denis M. Hurley*, Corporation Counsel (*Alfred Weinstein* and *Seymour B. Quel* of counsel), for appellant.

*Leopold V. Rossi, Lester G. Knopping* and *John H. Scully* for Ralph Miele, respondent.

*Seymour M. Waldman, Louis Waldman* and *Martin Markson* for Julius Landy and others, respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.